IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADRIAN LAMONT HARRIS,

    Plaintiff,

vs.                              CASE NO. 5:07cv39/RS

LIEUTENANT MARTHA BROWN, et al,

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 14); Plaintiff's Suffering Continuing Consequences Motion In Response to Court Report And Recommendation (Doc. 19), which shall be considered as objections to the Report and Recommendation; and Plaintiff's Motion Requesting Court Grant Plaintiff Leave To File Habeas Corpus "2254" (Doc. 20). I have considered Plaintiff's objections (Doc. 19) *de novo.*

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Second Amended Complaint (Doc. 13) is dismissed with prejudice.

3. Plaintiff is granted leave to file not later than July 25, 2007, a third amended complaint to attempt to properly allege a claim under 28 U.S.C. §2254.

4. In the event Plaintiff fails to file a third amended complaint by July 25, 2007, this action will be dismissed without prejudice without further notice, and the clerk is directed to then close the file.

ORDERED on July 3, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**